UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAPHETH DILLMAN<br>Defendant. | NO. CR. 23-00140 RS<br>**VERDICT FORM** |

We, the members of the jury in the above-entitled action, unanimously find the defendant, Japheth Dillman:

1. ____________________________ (GUILTY / NOT GUILTY) of the offense of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the Indictment.

2. ____________________________ (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count Two of the Indictment.

3. ____________________________ (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count Three of the Indictment.

4. ____________________________ (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count Four of the Indictment.

5. ____________________________ (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count Five of the Indictment.

DATED: ________________________

________________________________
FOREPERSON