CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
CHARLES F, BISESTO (CABN 271353)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6405
FAX: (415) 436-7234
Christiaan.Highsmith@usdoj.gov
Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAPHETH DILLMAN<br><br>Defendant. | NO. CR. 23-00140 RS<br><br>**JOINT PROPOSED DESCRIPTION OF THE CASE**<br><br>Dept.: Courtroom 12 – 19th Floor<br>Judge: Hon. Richard Seeborg<br><br>Trial Date: August 10, 2026<br>Pretrial Conference: July 28, 2026 |

Pursuant to the Court's Order Setting Pretrial and Trial Schedule (Dkt. 75), the parties jointly submit the following description of the case.

> Japheth Dillman is charged with conspiring to commit wire fraud and committing wire fraud in connection with an investment fund known as Block Bits Fund.
>
> The government alleges that Mr. Dillman and others obtained money from investors through materially false and misleading statements concerning the existence and operation of an automated cryptocurrency-trading program, the location and use of investor funds, and the sources and timing of payments to investors. The government further alleges that certain payments to investors were made to create the false impression that the automated trading program was operating profitably. The four charged wire communications consist of three electronic payments to investors and one email sent to investors.
>
> Mr. Dillman denies the government's allegations and has pleaded not guilty to all the charges. The charges are only accusations and are not evidence. Mr. Dillman is presumed innocent, and the government bears the burden of proving each charged offense beyond a reasonable doubt.

DATED: July 22, 2026

Respectfully submitted,

CRAIG H.MISSAKIAN
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
CHARLES F. BISESTO
Assistant United States Attorneys

/s/
RICHARD TAMOR
JESSE BERKOWITZ
Attorneys for Japheth Dillman