# VERDICT FORM

We, the members of the jury in the above-entitled action, unanimously find the defendant, Japheth Dillman:

1. Guilty (GUILTY / NOT GUILTY) of the offense of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of the Superseding Indictment. Regardless of your response to question 1, proceed to question 2.

2. Guilty (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count Two of the Superseding Indictment. Regardless of your response to question 2, proceed to question 3.

3. Guilty (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count Three of the Superseding Indictment. Regardless of your response to question 3, proceed to question 4.

4. Guilty (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count Four of the Superseding Indictment. Regardless of your response to question 4, proceed to question 5.

5. Guilty (GUILTY / NOT GUILTY) of the offense of wire fraud, in violation of 18 U.S.C. § 1343, as charged in Count Five of the Superseding Indictment.

DATED: August 24th, 2026

[signature]

FOREPERSON